# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>Ronnie Butrum,<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)            1:21-mj-00685<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 19, 2021  in the county of  Marion  in the
Southern  District of  Indiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Prohibited Person |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ David B. McDaniel
*Complainant's signature*

David B. McDaniel, TFO, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by
telephone  *(reliable electronic means)*

Date:  Date: 7/21/2021

City and state:  Indianapolis, Indiana

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR CRIMINAL COMPLAINT

1. Your Affiant, David McDaniel, is a Task Force Officer (TFO) with the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a component of the United States Department of Justice, and has served in that capacity since 2008. Your Affiant is currently assigned to the Indianapolis Group I Field Office – Achilles Task Force and is charged with investigating violations of federal firearms, explosives, and arson laws, as well as offenses enumerated in Titles 18 and 26 of the United States Code. Your Affiant is a Detective for the Indianapolis Metropolitan Police Department (IMPD) and has been employed with IMPD since November 1995.

2. As a law enforcement officer, your Affiant has participated in investigations involving homicides, aggravated batteries, serious violent felons, firearms, drug trafficking, robberies, and financial crimes, among other matters. Your Affiant has also testified in judicial proceedings and prosecutions for violations of comparable state law. Your Affiant received their initial training at the Indianapolis Metropolitan Police Department Academy in 1995. Your Affiant has satisfied the minimum basic training requirements established by rules adopted by the law enforcement training board under I.C. 5-2-1-9 and described in I.C. 35-37-4-5. Your Affiant has completed Basic Detective School through the Indianapolis Police Department and has attended various narcotics trainings both locally and through the United States Department of Justice. Your Affiant has received Quarterly Firearms Training (held in Indianapolis) and yearly in-service training (held in Indianapolis).

3. This affidavit is submitted in support of a criminal complaint charging Ronnie BUTRUM, (date of birth XX/XX/1970) with Possession of a Firearm by a Prohibited Person in violation of Title 18, United States Code, Section 922(g)(1). The information contained in the

below numbered paragraphs is either personally known to your Affiant or told to your Affiant by other law enforcement officers.

4. On July 19, 2021, Indianapolis Metropolitan Police Department (IMPD) Officer Perkins was dispatched to a person down in the 900 block of Morris St., Indianapolis, Marion County, Indiana.

5. Officers arrived on the scene and located a male, later identified as Ronnie BUTRUM, that appeared to be unconscious lying face up in the street with his head pointed north towards the middle of the street and his feet pointed south towards the sidewalk. He was next to a bicycle with a bottle of alcohol just out of his reach. As Officers were approaching, they were able to see a pink and white handgun under his left hand. BUTRUM started to wake up and reach for the gun. IMPD Officer Howlett ordered BUTRUM to not touch the gun, but BUTRUM began to grab for it. Officer Howlett stepped on the handgun and slid it out of the way, and placed BUTRUM in handcuffs.

6. Officer Perkins confirmed that BUTRUM did not have a valid handgun carry permit. BUTRUM stated to officers that he had just gotten out of prison and was a felon. Officer Howlett began a search incident to arrest BUTRUM's person. Officers recovered two small plastic wrappers from BUTRUM's front right small jeans pocket. One wrapper contained what Officers knew through their training and experience to be methamphetamine, and the other containing what Officers believed to be cocaine. Officers recovered a large rolled bag of what they knew through their training and experience to be marijuana in BUTRUM's front left jeans pocket, and a small plastic bag corner containing more marijuana from BUTRUM's front left jeans pocket.

7. The handgun was identified as a Sig Sauer .40 caliber semi-automatic handgun with serial number 24B187659. The handgun was found to be stolen.

8. Officer Perkins transported the evidence and handgun to the IMPD property room. Officer Perkins weighed the three bags of narcotics on the IMPD property room-scale and found the approximate weight of the marijuana to be 30.52 grams, the approximate weight bag of suspected cocaine to be 2.18 grams and the approximate weight of the bag of suspected methamphetamine to be 1.72 grams.

9. All the above events occurred in the Southern District of Indiana.

10. The Sig Sauer firearm was manufactured outside the state of Indiana and had travelled in interstate commerce.

11. BUTRUM has sustained felony convictions for crimes punishable by more than one (1) year of imprisonment, including:

   a. Unlawful Possession of a Firearm by a Serious Violent Felon, a Class B Felony and Resisting Law Enforcement, a Class D Felony, in Marion County, Indiana, on or about March 30, 2015, under Cause Number 49G20-1402-FB-008454;

   b. Armed Robbery (Attempt), a Class B Felony, in Marion County, Indiana, on or about February 22, 2006, under Cause Number 49G02-0507-FB-113753;

   c. Burglary, a Class B Felony, in Marion County, Indiana, on or about February 17, 2006 under Cause Number 49G03-0506-PC-102458;

   d. Auto Theft (Attempt), a Class D Felony, in Marion County, Indiana, on or about May 05, 2003 under Cause Number 49G99-0301-FD-002869;

   e. Resisting Law Enforcement, a Class D Felony, in Marion County, Indiana, on or about May 05, 2003 under Cause Number 49G99-0209-FD-231985;

    f.  Auto Theft, a Class C Felony, in Marion County, Indiana, on or about June 04, 1999 under Cause Number 49G99-9901-CF-008255;

    g.  Theft, a Class D Felony, in Marion County, Indiana, on or about March 20, 1997, under Cause Number 49F18-9610-DF-154836;

    h.  Possession of a Narcotic Drug, a Class D Felony, in Marion County, Indiana, on or about June 18, 1996, under Cause Number 49F15-9511-DF-174770;

    i.  Auto Theft, a Class D Felony, in Marion County, Indiana, on or about July 07, 1992 under Cause Number 49F15-9201-CF-007795

12.    BUTRUM's prior felony conviction for Unlawful Possession of a Firearm by a Serious Violent Felon, under Cause Number 49G20-1402-FB-008454 was resolved by a plea agreement. Therefore, BUTRUM had knowledge of his previous felony conviction.

## Conclusion

13. Based on the facts set forth in this affidavit, your Affiant submits that probable cause exists that on July 19, 2021, in the Southern District of Indiana, Ronnie BUTRUM, having knowingly been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1). I respectfully request this Court issue a Criminal Complaint charging BUTRUM accordingly, along with a warrant for his arrest.

s/ David B. McDaniel
David B. McDaniel, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 7/21/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana